UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EUGENE JAMES,<br><br>Petitioner,<br><br>v.<br><br>EDWARD SILVA,<br><br>Respondent. | No. 2:25-cv-00319-DAD-EFB (HC)<br><br><br><br>ORDER |

Plaintiff proceeds without counsel in this petition for writ of habeas corpus. 28 U.S.C. § 2254. He asks the court to substitute Raul Morales, warden of California Substance Abuse Treatment Facility in Corcoran, California as respondent. ECF No. 18.

The request is GRANTED, and Raul Morales is hereby substituted as respondent in this action.

So ordered.

Dated: September 16, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1