UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EUGENE JAMES,<br><br>Petitioner,<br><br>v.<br><br>EDWARD SILVA,<br><br>Respondent. | No. 2:25-cv-00319-DAD-EFB (HC)<br><br><br><br>ORDER |

Petitioner requested an extension of time to file a response to respondent's September 23, 2025, motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to provide petitioner with a one-time courtesy copy of the petition (ECF No. 1) and the lodged documents in support of the pending motion to dismiss (ECF No. 23).
2. Petitioner's request for an extension of time (ECF No. 25) is granted; and
3. Petitioner shall file a response to the motion to dismiss (ECF No. 24) within thirty days from the date of this order.

Dated: October 24, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE